KRISTA J. NIELSON, ESQ.
Nevada Bar No. 10698
**TIFFANY & BOSCO, P.A.**
10100 West Charleston Blvd., Suite 220
Las Vegas, Nevada 89135
Telephone:  702 258-8200
Facsimile:  702 258-8787
nvefile@tblaw.com
*Attorney for Plaintiff*

TB# 22-70078

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONAL DEFAULT SERVICING CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>VICTOR MAESTAZ, an unmarried man; REAL TIME RESOLUTIONS, INC., a Foreign Corporation; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE, ON BEHALF OF THE CERTIFICATEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2006-H, a Foreign Business Corporation; BELLE ESPRIT HOMEOWNERS ASSOCIATION, a Domestic Nonprofit Corporation; INTERNAL REVENUE SERVICE, a Government Agency; and DOES 1 through 10 and ROE BUSINESS ENTITIES 1 through 10, inclusive,<br><br>Defendants. | Case No.  2:22-cv-01027-MMD-EJY<br><br>**STIPULATION AND ORDER ALLOWING DISCHARGE AND WITHDRAWAL OF PLAINTIFF** |

Plaintiff, National Default Servicing Corporation and Defendants, Real Time Resolutions, Inc., The Bank Of New York Mellon fka The Bank Of New York, as Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee, on behalf of the Certificateholders of the CWHEQ Inc., CWHEQ Revolving Home Equity Loan Trust, Series 2006-H, Belle Esprit

- 1 -

1  Homeowners Association, and Internal Revenue Service, by and through undersigned and
2  respective counsel, if applicable, hereby stipulate and agree as follows:

**IT IS HEREBY STIPULATED AND AGREED** that NDSC is released and discharged from its duties and liabilities as trustee; and

**IT IS HEREBY STIPULATED AND AGREED** that NDSC is discharged from this action, with prejudice.

Dated this 21st day of September, 2022.
TIFFANY & BOSCO, P.A.

*/s/ Krista J. Nielson*
Krista J. Nielson, Esq.
Nevada Bar No.: 10698
10100 W. Charleston Blvd., Ste. 220
Las Vegas, Nevada 89135
(702) 258-8200
knielson@tblaw.com
*Attorney for Plaintiff National Default Servicing Corporation*

Dated this 19th day of September, 2022.
ZBS LAW, LLP

*/s/ J. Stephen Dolembo, Esq.*
J. Stephen Dolembo, Esq.
Nevada Bar No.: 9795
9435 West Russell Road, Suite 120
Las Vegas, Nevada 89148
(702) 948-8565
sdolembo@zbslaw.com
*Attorneys for Defendants Real Time Resolutions, Inc. and The Bank Of New York Mellon fka The Bank Of New York, as Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee, on behalf of the Certificateholders of the CWHEQ Inc., CWHEQ Revolving Home Equity Loan Trust, Series 2006-H*

Dated this 21st day of September, 2022.
MARQUIS AURBACH

*/s/ Jack Chen Min Juan, Esq.*
Jack Chen Min Juan, Esq.
Nevada Bar No.: 6367
10001 Park Run Dr.
Las Vegas, Nevada 89145
(702) 382-0711
jjuan@maclaw.com
*Attorney for Belle Esprit Homeowners Association*

Dated this 19th day of September, 2022.

*/s/ Stephen R. Hanson, II, Esq.*
Jason M. Frierson, Esq.
Nevada Bar No.: 7709
Stephen R. Hanson, II, Esq.
501 Las Vegas Blvd., Ste. 1100
Las Vegas, Nevada 89101
(702) 388-6336
stephen.hanson@usdoj.gov
*Attorney for United States on behalf of the Internal Revenue Service*

**ORDER**

**IT IS SO ORDERED.**

DATED this  26th  day of September, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted by:

**TIFFANY & BOSCO, P.A.**

/s/ Krista J. Nielson, Esq.
Krista J. Nielson, Esq.
*Attorneys for Plaintiff*

TIFFANY & BOSCO, P.A.
10100 W. Charleston Blvd., Ste. 220
Las Vegas, NV 89135
Tel 258-8200 Fax 258-8787

- 3 -