**Marquis Aurbach**
Cody S. Mounteer, Esq.
Nevada Bar No. 11220
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cmounteer@maclaw.com
*Attorneys for BELLE ESPRIT
HOMEOWNERS ASSOCIATION*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL DEFAULT SERVICING CORPORATION,<br><br>                    Plaintiff,<br><br>     vs.<br><br>VICTOR MAESTAZ, an unmarried man; REAL TIME RESOLUTIONS, INC., a Foreign Corporation; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE, ON BEHALF OF THE CERTIFICATEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2006-H, a Foreign Business Corporation; BELLE ESPRIT HOMEOWNERS ASSOCIATION, a Domestic Nonprofit Corporation; INTERNAL REVENUE SERVICE, a Government Agency; and DOES 1 through 10 and ROE BUSINESS ENTITIES 1 through 10, inclusive,<br><br>                    Defendant. | Case Number:<br>2:22-cv-01027-MMD-EJY<br><br>**STIPULATION REGARDING THE DISTRIBUTION OF THE EXCESS PROCEEDS ON DEPOSIT WITH THE COURT** |

IT IS HEREBY STIPULATED AND AGREED by and between the remaining parties to this action: Defendant Belle Esprit Homeowners Association ("HOA"); Defendant United States on behalf of the Internal Revenue Service ("IRS"); and Defendants Real Time Resolutions, Inc. and The Bank Of New York Mellon fka The Bank Of New York, as Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee, on behalf of the Certificate holders of the CWHEQ Inc., CWHEQ Revolving Home Equity Loan Trust, Series 2006-H

MAC:15502-002 4928345_2 1/27/2023 2:34 PM

("BANK") (collectively "PARTIES" or "PARTY"), by and through undersigned and respective counsel of record, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that the IRS, HOA and BANK are the remaining parties to this action;

IT IS HEREBY STIPULTED ANG AGREED that each of the PARTIES have valid legitimate claims to the ONE HUNDRED TWENTY THREE THOUSAND THREE HUNDRED NINE DOLLARS AND EIGHTY-SIX CENTS (US $123,309.86) that was cash deposited with the Court by the Plaintiff ("DEPOSITED FUNDS"), who was previously released and discharged from this action;

IT IS HEREBY STIPULATED AND AGREED that the PARTIES have agreed to a resolution and settlement of their respective allegations and defenses at issue herein;

IT IS HEREBY STIPULATED AND AGREED that the DEPOSITED FUNDS shall be released and disbursed to the PARTIES based on a pro-rata basis of their respective monetary claims as follows:

| PARTY | Monetary Claim (Principal Amount) | Pro-Rata Amount to be Released / Disbursed out of the $123,309.86 |
|---|---|---|
| IRS | $24,452.43 | $19,799.14 |
| HOA | $17,838.35 | $14,443.71 |
| BANK | $110,000.00 | $89,067.01 |

/ /

/ /

/ /

/ /

/ /

/ /

MAC:15502-002 4928345_2 1/27/2023 2:34 PM

IT IS HEREBY STIPULATED AND AGREED that after the DEPOSITED FUNDS are released and disbursed to the PARTIES, there are no other outstanding issues or claims to be resolved or need be addressed by the Court; and, thus, this action may be closed.

Dated 27th day of January 2023

MARQUIS AURBACH

/s/*Cody S. Mounteer, Esq.*
Cody S. Mounteer, Esq.
Nevada Bar No. 11220
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for BELLE ESPRIT HOMEOWNERS ASSOCIATION*

Dated 25th day of January 2023

/s/ *Stephen R. Hanson, Esq.*
Jason M. Frierson, Esq.
Nevada Bar No.: 7709
Stephen R. Hanson, II, Esq.
501 Las Vegas Blvd., Ste. 1100
Las Vegas, Nevada 89101
stephen.hanson@usdoj.gov
*Attorney for United States on behalf of the Internal Revenue Service ("IRS")*

Dated 25th day of January 2023

ZBS LAW, LLP

/s/*J. Stephen Dolembo, Esq.*
J. Stephen Dolembo, Esq.
Nevada Bar No.: 9795
9435 West Russell Road, Suite 120
Las Vegas, Nevada 89148
sdolembo@zbslaw.com
*Attorneys for Defendants Real Time Resolutions, Inc. and The Bank Of New York Mellon fka The Bank Of New York, as Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee, on behalf of the Certificateholders of the CWHEQ Inc., CWHEQ Revolving Home Equity Loan Trust, Series 2006-H ("BANK")*

MAC:15502-002 4928345_2 1/27/2023 2:34 PM

National Defaulting Service Corp. v. MAESTAZ
Case No. 2:22-cv-01027-MMD-EJY

**ORDER**

**IT IS SO ORDER.**

DATED  30th  day of  January , 2023

UNITED STATES DISTRICT COURT JUDGE

Submitted by:
Dated this 27th day of January 2023.

MARQUIS AURBACH

/s/*Cody S. Mounteer, Esq.*
Cody S. Mounteer, Esq.
Nevada Bar No. 11220
10001 Park Run Dr.
Las Vegas, Nevada 89145
*Attorney for Belle Esprit Homeowners Association ("HOA")*

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711  FAX: (702) 382-5816