**Marquis Aurbach**
Cody S. Mounteer, Esq.
Nevada Bar No. 11220
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cmounteer@maclaw.com
*Attorneys for BELLE ESPRIT HOMEOWNERS ASSOCIATION*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL DEFAULT SERVICING CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>VICTOR MAESTAZ, an unmarried man; REAL TIME RESOLUTIONS, INC., a Foreign Corporation; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE, ON BEHALF OF THE CERTIFICATEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2006-H, a Foreign Business Corporation; BELLE ESPRIT HOMEOWNERS ASSOCIATION, a Domestic Nonprofit Corporation; INTERNAL REVENUE SERVICE, a Government Agency; and DOES 1 through 10 and ROE BUSINESS ENTITIES 1 through 10, inclusive,<br><br>Defendant. | Case Number: 2:22-cv-01027-MMD-EJY<br><br>**AMENDED STIPULATION REGARDING THE DISTRIBUTION OF THE EXCESS PROCEEDS ON DEPOSIT WITH THE COURT** |

IT IS HEREBY STIPULATED AND AGREED by and between the remaining parties to this action: Defendant Belle Esprit Homeowners Association ("HOA"); Defendant United States on behalf of the Internal Revenue Service ("IRS"); and Defendants Real Time Resolutions, Inc. and The Bank Of New York Mellon fka The Bank Of New York, as Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee, on behalf of the Certificate holders of the CWHEQ Inc., CWHEQ Revolving Home Equity Loan Trust, Series 2006-H

1  ("BANK") (collectively "PARTIES" or "PARTY"), by and through undersigned and
2  respective counsel of record, hereby stipulate and agree as follows:

3  IT IS HEREBY STIPULATED AND AGREED that the IRS, HOA and BANK are
4  the remaining parties to this action;

5  IT IS HEREBY STIPULATED ANG AGREED that each of the PARTIES have valid
6  legitimate claims to the ONE HUNDRED TWENTY-THREE THOUSAND THREE
7  HUNDRED NINE DOLLARS AND EIGHTY-SIX CENTS (US $123,309.86) that was cash
8  deposited with the Court by the Plaintiff ("DEPOSITED FUNDS"), who was previously
9  released and discharged from this action;

10  IT IS HEREBY STIPULATED AND AGREED that the PARTIES have agreed to a
11  resolution and settlement of their respective allegations and defenses at issue herein;

12  IT IS HEREBY STIPULATED AND AGREED that the DEPOSITED FUNDS shall
13  be released and disbursed to the PARTIES based on a pro-rata basis of their respective
14  monetary claims as follows:

| PARTY | Monetary Claim (Principal Amount) | Pro-Rata Amount to be Released / Disbursed out of the $123,309.86 |
|---|---|---|
| IRS | $24,452.43 | $19,799.14     16.05640867% |
| HOA | $17,838.35 | $14,443.71     11.71334863% |
| BANK | $110,000.00 | $89,067.01     72.2302427% |

21  IT IS HEREBY STIPULATED AND AGREED by the PARTIES that interest shall
22  be distributed evenly between the remaining PARTIES at 33.33% each and the interest must
23  be disbursed as specified.

24  / / /
25  / / /
26  / / /
27  / / /
28

MAC:15502-002 4977704_1 2/10/2023 12:52 PM

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

IT IS HEREBY STIPULATED AND AGREED by the PARTIES that disbursement should be made payable to and mailed to the following:

1. Party: BELLE ESPRIT HOMEOWNERS ASSOCIATION, a Domestic Non-Profit Corporation

    Payable to: Marquis Aurbach Trust Account

    Mailing address:    Marquis Aurbach

        10001 Park Run Dr.

        Las Vegas, NV 89145

2. Party: INTERNAL REVENUE SERVICE, a Government Agency

    Payable to: U.S. Department of the Treasury

    Mailing Address:    I.R.S.

        M/S 5021PHX

        4041 N. Central Avenue

        Phoenix, AZ 85012

3. Party: THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE, ON BEHALF OF THE CERTIFICATE HOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2006-H

    Payable to: The Bank of New York Mellon f/k/a The Bank of New York, as Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee, on behalf of the Certificateholders of the CWHEQ Inc., CWHEQ Revolving Home Equity Loan Trust, Series 2006-H

    Mailing Address:    ZBS Law, LLP

        c/o Sara Hunsaker

        9435 W. Russell Rd. Suite 120

        Las Vegas, NV 89148

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:15502-002 4977704_1 2/10/2023 12:52 PM

IT IS HEREBY STIPULATED AND AGREED that after the DEPOSITED FUNDS are released and disbursed to the PARTIES, there are no other outstanding issues or claims to be resolved or need be addressed by the Court; and, thus, this action may be closed.

| Dated 10th day of February, 2023 | Dated 10th day of February. 2023 |
|---|---|
| MARQUIS AURBACH | ZBS LAW, LLP |
| /s/*Cody S. Mounteer, Esq.*<br>Cody S. Mounteer, Esq.<br>Nevada Bar No. 11220<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>*Attorneys for BELLE ESPRIT HOMEOWNERS ASSOCIATION* | /s/*J. Stephen Dolembo, Esq.*<br>J. Stephen Dolembo, Esq.<br>Nevada Bar No.: 9795<br>9435 West Russell Road, Suite 120<br>Las Vegas, Nevada 89148<br>sdolembo@zbslaw.com<br>*Attorneys for Defendants Real Time Resolutions, Inc. and The Bank Of New York Mellon fka The Bank Of New York, as Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee, on behalf of the Certificateholders of the CWHEQ Inc., CWHEQ Revolving Home Equity Loan Trust, Series 2006-H ("BANK")* |

Dated 10th day of February, 2023

/s/*Stephen R. Hanson, II, Esq.*
Jason M. Frierson, Esq.
Nevada Bar No.: 7709
Stephen R. Hanson, II, Esq.
501 Las Vegas Blvd., Ste. 1100
Las Vegas, Nevada 89101
stephen.hanson@usdoj.gov
*Attorney for United States on behalf of the Internal Revenue Service ("IRS")*

MAC:15502-002 4977704_1 2/10/2023 12:52 PM

National Defaulting Service Corp. v. MAESTAZ
Case No. 2:22-cv-01027-MMD-EJY

### **ORDER**

**IT IS SO ORDER.**

DATED  15th  day of  February , 2023

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:
Dated this 10th day of February, 2023.

MARQUIS AURBACH

/s/*Cody S. Mounteer, Esq.*
Cody S. Mounteer, Esq.
Nevada Bar No. 11220
10001 Park Run Dr.
Las Vegas, Nevada 89145
*Attorney for Belle Esprit Homeowners Association ("HOA")*